**Johnesha BAILEY, Defendant Below–Appellant,**

v.

**STATE of Delaware, Plaintiff Below–Appellee.**

**No. 52, 2017**

Supreme Court of Delaware.

Submitted: July 20, 2017

Decided: August 7, 2017

Court Below—Superior Court of the State of Delaware, Cr. ID 1606012504 (N)

GRANTED. AFFIRMED.

**Theresa N. DAVIS,[1] Petitioner Below, Appellant,**

v.

**STATE of Delaware, Respondent Below, Appellee.**

**No. 451, 2016**

Supreme Court of Delaware.

Submitted: July 14, 2017
Decided: August 9, 2017
Rehearing En Banc Denied
August 29, 2017

Court Below—Family Court of the State of Delaware in and for New Castle County, Case No. 0212012265

AFFIRMED.

**Robert W. HASSETT, III, Defendant Below–Appellant,**

v.

**STATE of Delaware, Plaintiff Below–Appellee.**

**No. 253, 2017**

Supreme Court of Delaware.

Submitted: August 9, 2017
Decided: August 10, 2017

Court Below: Superior Court of the State of Delaware, Cr. ID No. 0005011315 (S)

AFFIRMED.

1. The Court previously assigned pseudonyms to the appellant under Supreme Court Rule 7(d).